## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| NADINE BAKER, )<br> )<br>           Plaintiff, )<br> )<br>v. )<br> )<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br> )<br>           Defendant. ) | Case No. 15-03168-CV-S-GAF-SSA |

### JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

      **IT IS ORDERED AND ADJUDGED** that the Commissioner's decision is AFFIRMED.

October 28, 2015                                    Paige Wymore-Wynn
Dated                                                      Acting Clerk of Court

October 29, 2015                                    /s/ Terri Moore
Entered                                                     (by) Deputy Clerk